*APPROVED*
*By tpratt at 3:37 pm, Jun 02, 2011*

Anthony J. Caruso<br>
Attorney for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| **LAURA OATES,** | : | Case No. 4:10-cv-0114-TWP-TAB |
| | | (Judge Pratt) |
| **Plaintiff,** | : | (Magistrate Judge Bake) |
| vs. | : | |
| **TELAMON CORPORATION, et al.,** | : | **STIPULATION OF DISMISSAL** |
| **Defendants.** | : | |

All matters in the within action having been settled and resolved, Plaintiff Laura Oates ("Plaintiff") and Defendants Telamon Corporation and Transition Resources Corporation ("Defendants"), by and through counsel, hereby stipulate that all claims in this action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Plaintiff and Defendants shall each bear their own costs.

Respectfully submitted,

KOHNEN & PATTON LLP


 /s/ Anthony J. Caruso
Anthony J. Caruso
201 E. Fifth Street, Suite 800
Cincinnati, OH 45202
(513) 381-0656 or Fax (513) 381-5823
E-MAIL:  tcaruso@kplaw.com
*Trial Attorney for Defendants Telamon Corporation and Transition Resources Corporation*